NOT  DESIGNATED  FOR  PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Karen Marshall
IPP c/o Myrna Nelson
4705 Fireside Ave.
Sioux Falls SD 57103

**REHEARING ACTION: December 16, 2009**

**Docket Number: 09   00523-CA**

**KAREN MARSHALL**
**VERSUS**
**SATRICA WILLIAMS BENSAADAT**

**Appealed from Calcasieu Parish Case No. 2005-2808**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. John D. Saunders**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Karen Marshall** has this day been

**DENIED.**

cc: Ralph Jerone Williams, Counsel for the Appellee